■ In the Matter of SAMUEL R., a Person Alleged to be a Juvenile Delinquent, Appellant. [878 NYS2d 619]—Orders, Family Court, Bronx County (Juan M. Merchan, J.), entered on or about April 18, 2008 and April 28, 2008, which remanded appellant to a detention facility operated by the New York City Department of Juvenile Justice, unanimously reversed, on the law, without costs, and the order vacated.

For the reasons stated in *Matter of Jazmin A.* (62 AD3d 526 [2009] [decided herewith]), we conclude that appellant was unlawfully remanded to detention in the absence of a violation of probation petition. Since there was no compliance with the procedural requirements of Family Court Act § 355.2, we similarly decline to decide the hypothetical questions presented concerning Family Court Act § 355.1. Concur—Andrias, J.P., Saxe, Sweeny, Nardelli and Freedman, JJ.